THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL GOTTLIEB, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of endangering the health

* Decision amended on May 17, 1935 (*post*, p. 824).— [REP.

and morals of a child, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.